The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE Y. LOCK, an individual;<br><br>              Plaintiff,<br>    v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation, doing business in Washington,<br><br>              Defendant. | No. 2:16-cv-01395-JLR<br><br>**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1(a), Defendant American Family Mutual Insurance Company files this Corporate Disclosure Statement. Defendant American Family is a Wisconsin Mutual Insurance Company with its principal place of business in Wisconsin. No publicly held entity owns ten percent (10%) or more of American Family.

DATED this 9th day of September, 2016.

**COLE | WATHEN | LEID | HALL, P.C.**

*s/Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075
*Attorney for Defendant*
rleid@cwlhlaw.com

*s/Christopher J. Roslaniec*
Christopher J. Roslaniec, WSBA #40568
*Attorney for Defendant*
303 Battery Street
Seattle, WA 98121-1419
Tel: (206) 622-0494 | Fax: (206) 587-2476
croslaniec@cwhlaw.com

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** – 1
K:\FILES\Lock v American Family 15284\Corporate Disclosure Statement 090916.doc

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington 98121
(206) 622-0494/Fax (206) 587-2476

# CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following parties in the manner indicated:

| **Attorney for Plaintiff:**<br>Vonda M. Sargent, WSBA #24552<br>Vonda M. Sargent PS<br>119 1st Ave S. STE 500<br>Seattle, WA 98104<br>206-638-4970<br>sisterlaw@me.com | [x]  Via CM/ECF |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 9th day of September, 2016, at Seattle, Washington.

*/s/ Rose Behbahani*
Rose Behbahani, Legal Assistant
303 Battery Street
Seattle, WA 98121
206-622-0494
rbehbahani@cwlhlaw.com

---

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** – 2
K:\FILES\Lock v American Family 15284\Corporate Disclosure Statement 090916.doc

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle, Washington  98121
(206) 622-0494/Fax (206) 587-2476