HONORABLE James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Stephenie Y. Lock, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>American Family Insurance Company, a Foreign Corporation, doing business in Washington,<br><br>　　　　　　　　Defendant. | Case No.: 2:16-cv-01395-JLR<br><br>**JOINT STATUS REPORT AND PROPOSED DISCOVERY PLAN** |

TO:　　　AMERICAN FAMILY INSURANCE COMPANY

AND TO:　RORY W. LEID, III, CHRISTOPHER ROSLANIEC, Attorneys for Defendant American Family Insurance Company

　　Pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, the parties in the above-captioned lawsuit submit the following Joint Status Report and Discovery Plan:

Joint Status Report and Discovery Plan - 1
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

1. <u>Nature and Complexity of the Case</u>:

This is a UIM matter with extra-contractual claims against American Family to include IFCA, bad faith, CPA and breach of contract.

2. <u>Deadline for Joining Additional Parties</u>:

There will be no additional parties and no additional parties will be named.

3. <u>Assignment to Magistrate</u>:

No.

4. <u>Proposed Discovery Plan</u>:

The parties have agreed to the following proposed discovery plan:

(A) Plaintiff's Statement:  Initial Disclosures have been exchanged, plaintiff objects to the addition of an expert by defendant as this matter was set for jury trial less then three weeks before it was removed for the second time.

Defendant's Statement:  This matter was set for trial for October 3, 2016, and the discovery cutoff was September 6, 2016.  The matter was removed on September 1, 2016, thus the majority of, if not all, discovery has occurred in the Superior Court, and little additional discovery is anticipated.  Any remaining discovery issues will be governed by the Federal Rules.

(B) Plaintiff's Statement: All the discovery in this matter has been completed, defendant however, agrees that the expert report from plaintiff will be provided pursuant to the Federal Rules.

Defendant's Statement:  This matter was set for trial for October 3, 2016, and the discovery cutoff was September 6, 2016.  The matter was removed on September 1, 2016, thus the majority of, if not all, discovery has occurred in

Joint Status Report and Discovery Plan - 2
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

the Superior Court, and little additional discovery is anticipated. Any remaining discovery issues will be governed by the Federal Rules.

(C) There is no issue with electronically stored information.

(D) – (E) The Parties have previously agreed to a protective order, which shall remain in effect.

(F) The expert report from plaintiff will be submitted pursuant to the applicable federal rule.

5. The parties views, proposals et. al.:

(A) Prompt case resolution.  This matter was set for jury trial when it was removed, the parties can try this case once the Court rules on the pending motions and a date can be agreed upon.

(B) Alternative Dispute resolution.  Plaintiff will engage in ADR through the court system as the costs associated with mediation far out weigh the benefit to Plaintiff.  If Defendant fronts the costs for mediation, Plaintiff has no intention of paying any portion.  Defendant will front the cost of mediation.  The parties anticipate mediation will take place on November 15th or 16th.

(C) There are no related cases.

(D) Plaintiff's Statement: The parties agree discovery is completed aside from expert report from plaintiff, plaintiff specifically objects to the addition of any additional witnesses;

Joint Status Report and Discovery Plan - 3
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

Defendant's Statement: This matter was set for trial for October 3, 2016, and the discovery cutoff was September 6, 2016. The matter was removed on September 1, 2016, thus the majority of, if not all, discovery has occurred in the Superior Court, and little additional discovery is anticipated. Any remaining discovery issues will be governed by the Federal Rules.

(E)  Discovery is completed aside from expert report from Plaintiff's expert.

(F)  There are currently motions pending;

(G)  This is not an issue;

(H)  None;

(I)  Not applicable.

(J)  None.

6. Discovery.-   All discovery will be completed after the report from Plaintiff's expert has been served on defendant pursuant to the applicable federal rule.

7. Bifurcation: No bifurcation is necessary.

8. Pretrial statements and order:

Plaintiff's Statement: Pretrial statements and a pretrial order are unnecessary in this case.

Joint Status Report and Discovery Plan - 4
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

Defendant's Statement: Defendant does not believe pretrial statements and the pretrial order should be dispensed with.

9. <u>Individual Trial Program</u>:

   Plaintiff's Statement: The plaintiff believes this case might be appropriate for a speedy resolution.

   Defendant's Statement: Defendant does not intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2.

10. <u>Any other suggestions</u>:  None at this juncture.

11. <u>Date case ready for trial</u>:  The parties will confer regarding a trial date following the Court's ruling on pending motions.

12. <u>Whether the trial will be jury or non-jury:</u>  Jury.

13. <u>Number of trial days:</u>  The parties anticipate 5 court days.

14. <u>Trial Counsel</u>:

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| LAW OFFICE OF VONDA M. SARGENT<br>Vonda M. Sargent<br>WSBA No. 24552<br>Attorney for Stephenie Y. Lock<br>Carol Farr<br>WSBA No. 27470<br>119 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel: (206) 838-4970<br>Fax: (206) 682-3002<br>Email: sisterlaw@me.com<br>carolfarr@gmail.com | COLE WATHEN LEID HALL, P.C.<br>Rory W. Leid, III<br>WSBA No. 25075<br>Christopher Roslaniec<br>WSBA No. 40568<br>Attorneys for Defendant American Family Insurance Company<br>303 Battery Street<br>Seattle, WA 98121<br>Tel: (206) 622-0494<br>Fax: (206) 587-2476<br>Email: rleid@cwlhlaw.com<br>croslaniec@cwhlaw.com |

Joint Status Report and Discovery Plan - 5
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

15. <u>The dates on which trial counsel may have complications in setting trial date:</u>

Plaintiff's counsel is unavailable October 31-November 8, 2016, and November 19-27, 2016.

16. All parties have been served.

17. The parties do not believe that a scheduling conference is necessary.

18. Defendant filed its corporate disclosure statement on September 9, 2016.

| | |
|---|---|
| DATED: October 21, 2016 | DATED: October 21, 2016 |
| LAW OFFICE OF VONDA M. SARGENT | COLE WATHEN LEID HALL, P.C. |
|   /s/ Vonda M. Sargent               <br>Vonda M. Sargent<br>WSBA No. 24552<br>Carol Farr<br>WSBA No. 27470<br>Attorney for Stephenie Y. Lock<br>119 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel: (206) 838-4970<br>Fax: (206) 682-3002<br>Email: sisterlaw@me.com |     /s/Chris Roslaneic             <br>Rory W. Leid, III<br>WSBA No. 25075<br>Christopher Roslaniec<br>WSBA No. 40568<br>Attorneys for Defendant American Family Insurance Company<br>303 Battery Street<br>Seattle, WA 98121<br>Tel: (206) 622-0494<br>Fax: (206) 587-2476<br>Email: rleid@cwlhlaw.com<br>croslaniec@cwhlaw.com |

Joint Status Report and Discovery Plan - 6
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

# CERTIFICATE OF SERVICE

I hereby certify that on the date written below, I electronically filed the foregoing Joint Status Report and Proposed Discovery Plan with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys for Defendant:

**COLE WATHEN LEID HALL, P.C.**
**Rory W. Leid, III**
**WSBA No. 25075**
**Christopher Roslaniec**
**WSBA No. 40568**
**Attorneys for Defendant American Family Insurance Company**
**303 Battery Street**
**Seattle, WA 98121**
**Tel: (206) 622-0494**
**Fax: (206) 587-2476**
**Email: rleid@cwlhlaw.com**
**croslaniec@cwhlaw.com**

Dated at Seattle, Washington this 21st day of October 2016.

__/s/ Krysta Renton_____
Krysta Renton, Paralegal

Joint Status Report and Discovery Plan - 7
(2:2016-cv-01395-JLR)

THE LAW OFFICES OF
VONDA M. SARGENT
119 FIRST AVE. SO.-STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002